IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC E. FLENTOIL, )<br>)<br>Plaintiff(s), )<br>)<br>v. )<br>)<br>CITY AND COUNTY OF SAN )<br>FRANCISCO, et al., )<br>)<br>Defendant(s). )<br>) | No. C 10-4527 CRB (PR)<br><br>ORDER OF DISMISSAL |

    Per order filed on February 28, 2011, the court dismissed plaintiff's complaint under 42 U.S.C. § 1983 with leave to amend to allege specific facts possibly showing that defendants were deliberately indifferent to his health and safety needs because they knew that he faced a substantial risk of serious harm and disregarded the risk.  The court made clear that failure to file a proper amended complaint within 30 days would result in the dismissal of this action.

    More than 40 days have elapsed; however, plaintiff has not filed an amended complaint or sought an extension of time to do so.  The action is DISMISSED.

    The clerk is instructed to enter judgment in accordance with this order and close the file.

SO ORDERED.

DATED:  April 11, 2011

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.10\Flentoil, E1.dismissal.wpd